# **CORPORATE RESOLUTION OF**
THE REPUBLIC ATLANTA INC

The undersigned, being a member of THE REPUBLIC ATLANTA INC, a Georgia Corporation (the "Corporation") having met at a meeting specially called by the Corporation do, by his participation and signature below, hereby waive any other notice of meeting as provided in the By-Laws Agreement of the Corporation, and do hereby consent and resolve to the adoption of, and do hereby adopt, the following actions to be taken:

1. The Corporation shall prepare and file a voluntary petition for bankruptcy under Chapter 7 of the Bankruptcy Code;

2. The Corporation shall retain and pay Medley & Associates, LLC the amount of 4500.00, for legal work, the filing, and prosecution of the bankruptcy case; The filing fee of $338.00 shall be paid at the time of filing.

3. Michael Gidewon of the Corporation, is authorized and instructed to review and execute those documents reasonably calculated to effect the filing and prosecution of a chapter 7 bankruptcy case, and to direct the officers, employees and agents of the Corporation to cooperate with the reporting requirements of the bankruptcy court, the bankruptcy code, and the office of the United States Trustee.

IT IS SO RESOLVED, this   15 July 2022.

//s// Michael Gidewon
Michael Gidewon
President