IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| THE REPUBLIC ATLANTA, INC. | * | CASE NO. 22-55390 |
| | * | |
| Debtor. | * | |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned appears for the Georgia Department of Revenue in the above styled case. Please direct all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the address and telephone number set forth below:

Amy L. Patterson
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Telephone: (404) 458-3567
Fax: (404) 657-3239
apatterson@law.ga.gov
Ga. Bar No. 887808

Respectfully submitted this 28th day of July, 2022.

| | |
|---|---|
| CHRISTOPHER M. CARR | 112505 |
| Attorney General | |
| | |
| JULIE ADAMS JACOBS | 003595 |
| Deputy Attorney General | |
| | |
| BROOKE HEINZ CHAPLAIN | 927752 |
| Senior Assistant Attorney General | |
| | |
| /s/ Amy L. Patterson | |
| AMY L. PATTERSON | 887808 |
| Assistant Attorney General | |

1

## CERTIFICATE OF SERVICE

      I certify that I am over the age of 18 and that on the date written below a copy of the foregoing *Notice of Appearance* was served by email or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Leonard R. Medley, III, *Counsel for Debtor*
Medley & Associates, LLC
2727 Paces Ferry Rd.
Bldg. 2, Suite 1450
Atlanta, GA 30339

The Republic Atlanta, Inc., *Debtor*
990 Brady Ave. NW
Atlanta, GA 30318

S. Gregory Hays, *Chapter 7 Trustee*
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner De, SW
Atlanta, GA 30303

by placing the same into the United States mail with adequate, first-class postage placed thereon.

      This 27th day of July, 2022.

                                                  /s/ Amy L. Patterson
                                                  AMY L. PATTERSON       887808
                                                  Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Amy L. Patterson
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Telephone: (404) 458-3567
Fax: (404) 657-3239
apatterson@law.ga.gov