**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**The Republic Atlanta Inc.**
990 Brady Av NW
Atlanta, GA 30318

82−4797373

Case No.: **22−55390−wlh**
Chapter: **7**
Judge: **Wendy L. Hagenau**

### NOTICE SETTING DEADLINE FOR FILING PROOFS OF CLAIM

You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non−government proof of claim: **12/8/22**

Government proof of claim: **01/11/23**

File with:
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Use Official Form B410 to file a claim. To file electronically visit www.ganb.uscourts.gov and access the ePOC tab. To obtain a claim form (B410) visit www.ganb.uscourts.gov and access the Forms tab.

**If you have already filed your proof of claim, it is not necessary to refile.**

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: September 9, 2022

Form ntcpoc

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 22-55390-wlh |
| The Republic Atlanta Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Sep 09, 2022 | Form ID: ntcpoc | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Republic Atlanta Inc., 990 Brady Av NW, Atlanta, GA 30318-0502 |
| cr | | Georgia Department of Revenue, State Law Department, 40 Capitol Square SW, Atlanta, GA 30334-1300 |
| 23908359 | + | T12 ENTERTAINMENT LLC, 78 Dawson Village Way N,, STE 120, Dawsonville, GA 30534-5642 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: BSGHAYS.COM | Sep 09 2022 23:53:00 | S. Gregory Hays, Hays Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, GA 30305-4909 |
| 23908357 | EDI: GADEPTOFREV.COM | Sep 09 2022 23:53:00 | georgia department of revenu, po box 105499, Atlanta, GA 30348 |
| 23908358 | EDI: IRS.COM | Sep 09 2022 23:53:00 | IRS, PO BOX 105416, Atlanta, GA 30348 |
| 23909495 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Sep 09 2022 19:57:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 11, 2022 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed**

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2022 | Form ID: ntcpoc | Total Noticed: 7 |

below:

| Name | Email Address |
|---|---|
| Amy Patterson | on behalf of Creditor Georgia Department of Revenue apatterson@law.ga.gov  bfrank@law.ga.gov |
| Leonard R. Medley, III | on behalf of Debtor The Republic Atlanta Inc. leonard@mkalaw.com  medleylR71682@notify.bestcase.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| S. Gregory Hays | ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com |

TOTAL: 4